| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY | FILED<br>CLERK, U.S. DISTRICT COURT<br>11/16/2017<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: LH   DEPUTY |
|---|---|---|
| Laurel Greenstein<br>17639 Sherman Way<br>#A-35<br>Van Nuys, CA 91406<br>310-339-1175<br>Laurel.Greenstein@yahoo.com<br>☑ Individual appearing without attorney<br>☐ Attorney for: | FILED<br>NOV - 6 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:         Deputy Clerk<br><br>2:17-cv-08371-ODW | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re:<br><br>Laurel Greenstein<br><br>Debtor(s). | CASE NO.: 1:12-bk-15099-MB<br>ADVERSARY NO.: 1:15-ap-01220-MB<br>(if applicable)<br>CHAPTER: **Select Chapter** 7 |
|---|---|
| Laurel Greenstein<br>Plaintiff(s) (if applicable).<br>vs.<br>Wells Fargo Bank, N.A.<br>et. al.<br>Defendant(s) (if applicable). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1.  Name(s) of appellant(s): _Laurel Greenstein_

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☑ Plaintiff
☐ Defendant
☐ Other (describe):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (describe):

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:

    Orders on AP # 1:15-ap-01226-MB

2. The date the judgment, order, or decree was entered: 10/31/17

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Wells Fargo Bank, N.A.
   Attorney: Robert Bailey
   Anglin Flewelling Rasmussen Campbell & Trytten, LLP
   199 S. Los Robles Ave., Ste. #600
   Pasadena, Ca. 91101

2. Party: Dean Reeves
   Attorney: Robert Bailey
   Anglin Flewelling Rasmussen Campbell & Trytten, LLP
   199 S. Los Robles Ave, Ste. #600
   Pasadena, CA 91101

   SEE ATTACHED

### Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

### Part 5: Sign below

_Laurel Greenstein_  Date: 11/6/2017
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

Case 2:17-cv-08370-DW Document 1 Filed 11/16/17 Page 3 of 7 Page ID #:3
CONTINUATION OF PART 3: Identify the other parties to the appeal:
Page 3 of 7

3. Party: John Stumpf

   Attorney: Robert Bailey
   Anglin, Flewelling Rasmussen Campbell & Trytten, LLP
   199 South Los Robles Ave., Ste. #600
   Pasadena, CA 91101

4. Party: Robert Bailey

   Attorney: Robert Bailey
   Anglin, Flewelling Rasmussen Campbell & Trytten, LLP
   199 South Los Robles Ave., Ste. #600
   Pasadena, CA 91101

5. Party: Marisol Nagata

   Attorney: Brandye Foreman
   Barrett Dafffin Frappier Treder & Weiss
   20955 Pathfinder Rd., Ste. #300
   Diamond Bar, CA 91765

6. Patricia and Marty Duran

   Attorney: Gerald N. Sims
   Pyle Sims Duncan & Stevenson
   401 "B" Street, Ste. #1500
   San Diego, CA 92101

7. Party: The Duran Family Trust:

   Attorney: Gerald N. Sims
   Pyle Sims Duncan & Stevenson
   401 "B" Street, Ste. #1500
   San Diego, CA 92101

8. Party: Steven Wolvek

   Attorney: Steven Wolvek
   Law Offices of Steven A. Wolvek
   5023 North Parkway Calabasas
   Calabasas, CA 91302

9. Robert Little

   Attorney: Robert Bailey
   Anglin Flewelling Rasmussen Campbell & Trytten, LLP
   199 S. Los Robles, Ste. 600
   Pasadena, CA 91101

**FILED & ENTERED**

OCT 31 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Reaves    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>LAUREL GREENSTEIN,<br><br>Debtor.<br> | Case No.: 1:12-bk-15099-MB<br><br>Chapter 7 |
| LAUREL GREENSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; ROGER LIPKIS; STEVEN WOLVEK; DEAN REEVES; MARISOL NAGATA; ROBERT LITTLE; ROBERT BAILEY; JOHN STUMPF; ROBERT LINDAMAN; MARTY A. DURAN; PATRICIAN M. DURAN; THE DURAN FAMILY TRUST; DOES 1 THROUGH 10,<br><br>Defendants. | Adv. Case No.: 1:15-ap-01220-MB<br><br>**ORDER:**<br><br>**[1] GRANTING THE WELLS FARGO DEFENDANTS' MOTION TO DISMISS WITHOUT LEAVE TO AMEND [ADV. DKT. 34];**<br><br>**[2] DENYING AS MOOT THE WELLS FARGO DEFENDANTS' SPECIAL MOTION TO STRIKE [ADV. DKT. 35]; AND**<br><br>**[3] DISMISSING THE FIRST AMENDED COMPLAINT WITH PREJUDICE [ADV. DKT. 30]** |

ORDER DISMISSING FIRST AMENDED COMPLAINT WITH PREJUDICE [WELLS FARGO]

1   On October 6, 2015, Laurel Greenstein, chapter 7 debtor and pro se plaintiff herein
2   ("Greenstein"), filed a complaint initiating the above-captioned adversary proceeding and naming
3   Wells Fargo Bank, N.A. as defendant (the "Original Complaint"). Adv. Dkt. 1. On December 15,
4   2015, the Court granted Wells Fargo Bank N.A.'s motion to dismiss the Original Complaint with
5   leave to amend. Adv. Dkt. 13.
6   On February 19, 2016, Greenstein filed the operative *First Amended Complaint* ("First
7   Amended Complaint"), Adv. Dkt. 30, naming as defendants, among others: Wells Fargo Bank,
8   N.A., Dean Reeves, Robert Little, Robert Bailey, and John Stumpf (collectively, the "Wells Fargo
9   Defendants").
10  On March 21, 2016, the Wells Fargo Defendants filed a Motion to Dismiss the First
11  Amended Complaint (the "Wells Fargo Defendants' Motion to Dismiss"). Adv. Dkt. 34.
12  The Wells Fargo Defendants also filed a special motion to strike and award sanctions (the
13  "Motion to Strike"). Adv. Dkt. 35.
14  The Court heard argument from the parties on the Wells Fargo Defendants' Motion to
15  Dismiss and the Motion to Strike on April 28, 2016, and October 14, 2016.
16  ///

1

**ORDER DISMISSING FIRST AMENDED COMPLAINT WITH PREJUDICE [WELLS FARGO]**

For good cause appearing, and for the reasons set forth in the Court's *Amended Consolidated Memorandum of Decision* at Adv. Dkt. 120, the Court **HEREBY ORDERS AS FOLLOWS:**

1. The Wells Fargo Defendants' Motion to Dismiss is GRANTED WITHOUT LEAVE TO AMEND;
2. The Motion to Strike is DENIED AS MOOT; and
3. The First Amended Complaint is DENIED WITH PREJUDICE as to the Wells Fargo Defendants.

**IT IS SO ORDERED.**

###

Date: October 31, 2017

Martin R Barash
United States Bankruptcy Judge

2

ORDER DISMISSING FIRST AMENDED COMPLAINT WITH PREJUDICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8800 Eton Ave. #22, Canoga Park, CA, 91304.

A true and correct copy of the foregoing document entitled:

NOTICE OF APPEAL

1. **SERVED BY UNITED STATES MAIL**:
On November 5, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

By United States Postal Service:

Robert Bailey
Anglin, Flewelling Rasmussen Campbell & Trytten LLP
199 South Los Robles Ave., Ste. #600
Pasadena, CA 91101

Brandye Foreman
Barrett Dafffin Frappier Treder & Weiss
20955 Pathfinder Rd., Ste. #300
Diamond Bar, CA 91765

Gerald N. Sims
Pyle Sims Duncan & Stevenson
401 "B" Street, Ste. #1500
San Diego, CA 92101

Steven Wolvek
Law Offices of Steven A. Wolvek
5023 North Parkway Calabasas
Calabasas, CA 91302

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11-5-2017 | Marsha Smith | *signature* |
|---|---|---|
| Date | Printed Name | Signature |